**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7414**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY BUTLER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:18-cr-00475-BO-1)

Submitted:  August 19, 2021                  Decided:  September 3, 2021

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Butler, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Joshua L. Rogers, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Butler appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record and find no reversible error. Accordingly, we deny the pending motion and affirm the district court's order. *See United States v. High*, 997 F.3d 181, 186-91 (4th Cir. 2021); *United States v. Kibble*, 992 F.3d 326, 331 (4th Cir. 2021) (per curiam); *United States v. Saunders*, 986 F.3d 1076, 1078 (7th Cir. 2021); *United States v. Butler*, No. 5:18-cr-00475-BO-1 (E.D.N.C. Sept. 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*